DEFENDANT:  JAMES ROBERT CLARK

YOB: 1983

ADDRESS (CITY/STATE):  2765 South Federal Boulevard, Denver, CO

OFFENSE(S): 18 U.S.C. § 2113(a), Bank Robbery (attempt)

LOCATION OF OFFENSE (COUNTY/STATE):  Adams County, Colorado

PENALTY:  NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment.

AGENT:  Task Force Officer Christopher Pyler, FBI Denver Rocky Mountain Safe Streets Task Force

AUTHORIZED BY:    Brian Dunn,
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X    five days or less        _____ over five days        _____ other

THE GOVERNMENT

   X    will seek detention in this case        _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:        _____        Yes        X    No

1